IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEPRIEST WILLIAMS,

    Petitioner,                    No. CIV S-07-0275 FCD DAD P

    vs.

D.K. SISTO, Warden, et al.,

    Respondents.                ORDER

    _____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        Petitioner has also requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

1  In accordance with the above, IT IS HEREBY ORDERED that:

2  1. Respondents are directed to file a response to petitioner's application within
3  thirty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer
4  shall be accompanied by any and all transcripts or other documents relevant to the determination
5  of the issues presented in the application.  See Rule 5, Fed. R. Governing § 2254 Cases;

6  2. Petitioner's reply, if any, shall be filed and served within thirty days of service
7  of an answer;

8  3. If the response to petitioner's application is a motion, petitioner's opposition or
9  statement of non-opposition shall be filed and served within thirty days of service of the motion,
10 and respondents' reply, if any, shall be filed within fifteen days thereafter;

11 4. The Clerk of the Court shall serve a copy of this order together with a copy of
12 petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael
13 Patrick Farrell, Senior Assistant Attorney General; and

14 5. Petitioner's February 12, 2007 request for appointment of counsel is denied.
15 DATED: March 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp:9
will0275.100fee.110

2