1

2

3

4

5

6

7
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8
DEPRIEST WILLIAMS,

9
Petitioner,                           NO.  CV-07-0275-RHW-JPH

10
v.

11
D.K. SISTO, Warden, *et al.*,          **ORDER ADOPTING REPORT
AND RECOMMENDATION TO
STAY PROCEEDINGS**

12
Respondents.

13

14          On March 4, 2009, Magistrate Judge Hutton entered a Report and

15   Recommendation, recommending that Petitioner's Petition Under 28 U.S.C. §

16   2254 For Writ of Habeas Corpus by a Person in State Custody (Ct. Rec. 1) be

17   stayed (Ct. Rec. 12).  Counsel for Respondent agrees that the Court should issue a

18   temporary stay (Ct. Rec. 11).  Petitioner filed a statement of non-opposition to the

19   stay (Ct. Rec. 10).

20          No objections were filed to the Magistrate's recommendation that the above-

21   captioned case be stayed.

22          Having reviewed the Report and Recommendation and the files and records

23   herein, the Court adopts the Magistrate Judge's Report and Recommendation in its

24   entirety.

25          Accordingly, **IT IS HEREBY ORDERED:**

26          1.    The Report and Recommendation to Order Stay of Proceedings (Ct.

27   Rec. 12) is **ADOPTED**, in its entirety.

28          2.    Petitioner's Petitioner under 28 U.S.C. § 2254 For Writ of Habeas

**ORDER ADOPTING REPORT AND RECOMMENDATION TO STAY
PROCEEDINGS** ~ 1

1  Corpus by a Person in State Custody (Ct. Rec. 1) is **STAYED**.

2  　　　　3.　　The parties are directed to file a status certification within 30 days from

3  the date of the final disposition of the en banc rehearing granted in *Hayward v.*

4  *Marshall*, 527 F.3d 979 (9th Cir. 2008).

5  　　　　**IT IS SO ORDERED.**  The District Court Executive is directed to enter this

6  Order and forward copies to counsel and Petitioner.

7  　　　　**DATED** this 20th day of April, 2009.

8  　　　　　　　　　　　　*S/ Robert H. Whaley*

9  　　　　　　　　　　　　ROBERT H. WHALEY
10 　　　　　　　　　　　United States District Judge

11

12

13

14 Q:\CAED cases\Williams\adoptrr.wpd

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER ADOPTING REPORT AND RECOMMENDATION TO STAY
PROCEEDINGS ~ 2**